Robert Benson (SBN 155971)
BAKER BOTTS L.L.P.
101 California Street, Ste. 3200
San Francisco, CA 94111
Telephone: (415) 291-6285
Email: robert.benson@bakerbotts.com

Mark Speegle (SBN 293873)
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2536
Email: mark.speegle@bakerbotts.com

Jeffrey Johnson (*pro hac vice* pending)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1222
Email: jeffrey.johnson@bakerbotts.com

*Attorneys for Realtek Semiconductor Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., <br><br> Movant, <br><br> v. <br><br> UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Respondent. | Case No. <br><br> [Underlying Case No. 2:23-cv-00449 (E.D. Tex.) Universal Connectivity Tech. Inc. v. Lenovo Grp. Ltd.] <br><br> **DECLARATION OF MARK SPEEGLE IN SUPPORT OF NON-PARTY REALTEK SEMICONDUCTOR CORP.'S MOTION TO QUASH SUBPOENA** |

I, Mark Speegle, hereby declare as follows:

1. I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2. I am an attorney with the law firm Baker Botts L.L.P., and I represent Realtek Semiconductor Corp. ("Realtek") as counsel of record in this matter. I am duly admitted to practice law in the State of California and before this Court. I submit this declaration in connection with Realtek's Motion to quash a Subpoena to Produce Documents, Information, or Objects directed to Realtek in an unrelated matter.

3. Attached as Exhibit A to this declaration is a true and correct copy of a declaration from Huang, Yee-Wei, dated March 28, 2025.

4. Attached as Exhibit B to this declaration is a true and correct copy of an article titled "Preparation of Letters Rogatory," last accessed March 25, 2025, which is available at https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html.

5. Attached as Exhibit C to this declaration is a true and correct copy of Subpoena to Produce Documents, Information, or Objects directed to Realtek in Case No. 2:23-cv-00449 (E.D. Tex.), dated January 22, 2025.

6. Attached as Exhibit D to this declaration is a true and correct copy of an email from Mark Speegle to Seth Hasenour with the Subject: Subpoena to Realtek Semiconductor Corp. in 2:23-cv-00449, dated February 26, 2025.

7. Attached as Exhibit E to this declaration is a true and correct copy of claim chart for U.S. Patent No. 7,154,905 submitted in Case No. 2:23-cv-00449 (E.D. Tex.), ECF No. 1-3.

8. Attached as Exhibit F to this declaration is a true and correct copy of claim chart for U.S. Patent No. 7,746,798 submitted in Case No. 2:23-cv-00449 (E.D. Tex.), ECF No. 1-9.

1

DECL. OF MARK SPEEGLE ISO REALTEK'S
MOTION TO QUASH SUBPOENA                                                    CASE NO.

I declare under penalty of perjury under the laws of the United States of America that the contents of the foregoing is true and correct to the best of my knowledge.

Executed on this the 28th day of March, 2025, in Pflugerville, Texas.

_____
Mark Speegle