# Exhibit A

Robert Benson (SBN 155971)
BAKER BOTTS L.L.P.
101 California Street, Ste. 3200
San Francisco, CA 94111
Telephone: (415) 291-6285
Email: robert.benson@bakerbotts.com

Mark Speegle (SBN 293873)
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2536
Email: mark.speegle@bakerbotts.com

Jeffrey Johnson (*pro hac vice* pending)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1222
Email: jeffrey.johnson@bakerbotts.com

*Attorneys for Realtek Semiconductor Corporation*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., <br><br> Movant, <br><br> v. <br><br> UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Respondent. | Case No. <br><br> [Underlying Case No. 2:23-cv-00449 (E.D. Tex.) Universal Connectivity Tech. Inc. v. Lenovo Grp. Ltd.] <br><br> **DECLARATION OF HUANG, YEE-WEI IN SUPPORT OF NON-PARTY REALTEK SEMICONDUCTOR CORP.'S MOTION TO QUASH SUBPOENA** |

I, Huang, Yee-Wei, hereby declare as follows:

1. I am over the age of eighteen and competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge and are true and correct. I am competent to testify about all matters on which I am offering evidence herein.

2. My name is Huang, Yee-Wei. I am the Vice President of Realtek Semiconductor Corporation. (hereinafter "**Realtek**").

3. I am submitting this Declaration in support of Realtek's Motion to Quash Subpoena, regarding a subpoena from Universal Connectivity Technologies Inc.

4. Realtek is a Taiwanese semiconductor company with its principal place of business at No.2 Innovation Road II, Hsinchu Science Park, Hsinchu 300, Taiwan.

5. Realtek does not lease or own any real property in the United States.

6. Realtek does not have any employees based in the United States.

7. Realtek has corporate affiliates with locations in the United States, but these affiliates operate as distinct businesses, observing proper corporate formalities that distinguish these affiliates from Realtek.

I declare under penalty of perjury under the laws of the United States of America that the contents of the foregoing is true and correct.

EXECUTED on this the 28th day of March, 2025, in Hsinchu.

_____
Huang, Yee-Wei