# Exhibit D

# Speegle, Mark

| | |
|---|---|
| **From:** | Speegle, Mark |
| **Sent:** | Wednesday, February 26, 2025 10:04 AM |
| **To:** | Seth Hasenour |
| **Cc:** | Brett Cooper; Jonathan Yim; Drew Hollander; Counsel UCT; Johnson, Jeffrey |
| **Subject:** | Re: Subpoena to Realtek Semiconductor Corp. in 2:23-cv-00449 |

Thank you, Seth, for confirming the extension. As discussed on the call, I have not had a chance to talk with my client, and we cannot commit to any productions or other actions regarding the subpoena yet. And, please do send any authority UCT has for enforcing a Rule 45 subpoena on a foreign corporation.

Best,
Mark

> On Feb 26, 2025, at 9:16 AM, Seth Hasenour <shasenour@bclgpc.com> wrote:
>
> [EXTERNAL EMAIL]
>
> Mark,
>
> As discussed on our call, we confirm the 2-week extension (to March 17) for Realtek to provide its objections and responses to the subpoena. As discussed, in light of the discovery deadlines in our case, we expect Realtek to provide a substantive production in March, including the source code and schematics.
>
> Also as discussed, the list of Realtek components is below.
>
> PD Controller part numbers: RTS5437; RTS5448; RTS5449E; RTS5453V; RTS5453V-GR; RTS5457; RTS5457T; RTS5457U; RTS5457U-GR; RTS5457V; RTS5457V-GR.
>
> DisplayPort Controller part numbers: RTD2313AR; RTD2316R-CG; RTD2486VRD; RTD2486VRD-CG; RTD2486VRD-CG LQFP-128; RTD2513AR-CG; RTD2522BR-VS; RTD2525A; RTD2525AR; RTD2525AR-CG; RTD2525AR-CG LQFP-128; RTD2525BR; RTD2525BR-CG; RTD2525BR-VS-CG; RTD2526R-CG; RTD2535RM-CG; RTD2536R-CG; RTD2555T-CG; RTD2556QR; RTD2556QR-CG; RTD2556QR-LV-CG; RTD2556QR-VL-CG LQFP-156 NA; RTD2556R-CG LQFP156; RTD2556VRD-CG; RTD2586VRD-CG; RTD2718Q-VD-CG; RTD2719-AOC-CG; RTD2719-VL-CG; RTD2719M-CG; RTD2727Q-CG; RTD2738-VM-CG; RTD2775DT-CG; RTD2775QR; RTD2775UDT-CG; RTD2775YT-CG; RTD2778R-CG; RTD2785R-CG; RTD2785T; RTD2785T-CG; RTD2785T-CG LQFP21; RTD2785T-VL-CG; RTD2785T-VM-CG; RTD2785T-VM-CG; RTD2785T-VML-CG; RTD2785TM-CG; RTD2785TM-VL-CG; RTD2788M-CG; RTD2795QT; RTD2795QT-CG; RTD2795QT-CG LQFP216; RTD2795QT-NQ-CG; RTD2795T; RTD2795T-CG; RTD2795T-CG LQFP216; RTD2795UT-CG; RTD2797AKP-CG; RTD2797P-CG; RTD2798-CG; RTD2798LPM-WT-CG; RTD2798LPM-WT-CG LQFP216; RTK RTD2738-VM-CG; RTS5411T-GR.
>
> USB/PD Controller part numbers: RTS5400-GR (PD); RTS5411 (USB); RTS5411-CR (USB); RTS5411-GR (USB); RTS5411E-GR (USB); RTS5411E-GRT; RTS5411S (USB); RTS5411S-GR(USB); RTS5411S-

GRT (USB); RTS5411S-GRT / ; RTS5411S-GRT+RTS5411E-GR (USB); RTS5411S, RTS5411E-GR (USB); RTS5411T QFN-76 (USB); RTS5411T-GR; RTS5411T-GR (USB) ; RTS5411T-GR+RTS5411T-GR (USB) ; RTS5412 (USB) ; RTS5412-GR (USB); RTS5412S (USB); RTS5412S-GR (USB); RTS5450M QFN46 (PD); RTS5450M-GR (PD); RTS5451-GR; RTS5460-GR (PD).

DisplayPort Controller part numbers: RTD2186.

**From:** "Speegle, Mark" <mark.speegle@bakerbotts.com>
**Date:** Tuesday, February 25, 2025 at 3:33 PM
**To:** Seth Hasenour <shasenour@bclgpc.com>, Brett Cooper <bcooper@bclgpc.com>, Jonathan Yim <jyim@bclgpc.com>, Drew Hollander <dhollander@bclgpc.com>, UCT Counsel <UCT_Counsel@bc-lawgroup.com>
**Cc:** "Johnson, Jeffrey" <jeffrey.johnson@bakerbotts.com>
**Subject:** RE: Subpoena to Realtek Semiconductor Corp. in 2:23-cv-00449

Hi Seth,

Could we talk at 9 a.m. (Central) tomorrow morning?

Best,

**Mark Speegle**
Partner

Baker Botts L.L.P.
T +1.512.322.2536
M +1.254.749.9120

**From:** Seth Hasenour <shasenour@bclgpc.com>
**Sent:** Tuesday, February 25, 2025 2:54 PM
**To:** Speegle, Mark <mark.speegle@bakerbotts.com>; Brett Cooper <bcooper@bclgpc.com>; Jonathan Yim <jyim@bclgpc.com>; Drew Hollander <dhollander@bclgpc.com>; UCT Counsel <UCT_Counsel@bc-lawgroup.com>
**Cc:** Johnson, Jeffrey <jeffrey.johnson@bakerbotts.com>
**Subject:** Re: Subpoena to Realtek Semiconductor Corp. in 2:23-cv-00449

**[EXTERNAL EMAIL]**

Hi Mark,

Thank you for the email. We are generally available for a call tomorrow. Is there a good time for you?

Thanks,
Seth

**From:** "Speegle, Mark" <mark.speegle@bakerbotts.com>
**Date:** Tuesday, February 25, 2025 at 2:45 PM
**To:** Seth Hasenour <shasenour@bclgpc.com>, Brett Cooper <bcooper@bclgpc.com>, Jonathan

Yim <jyim@bclgpc.com>, Drew Hollander <dhollander@bclgpc.com>, UCT Counsel <UCT_Counsel@bc-lawgroup.com>
**Cc:** "Johnson, Jeffrey" <jeffrey.johnson@bakerbotts.com>
**Subject:** Subpoena to Realtek Semiconductor Corp. in 2:23-cv-00449

Counsel,

My firm has been engaged to represent Realtek in regards to a subpoena from the UCT/Lenovo litigation (2:23-cv-00449) that was emailed to Ms. Lisa Nguyen.  We propose scheduling a short call, so that UCT may provide context regarding this matter.

Best regards,
Mark


**Mark Speegle**
Partner
Baker Botts L.L.P.
mark.speegle@bakerbotts.com
T +1.512.322.2536
F +1.512.322.3636
M +1.254.749.9120

401 South 1st Street, Suite 1300
Austin, TX 78704-1296
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.