# Exhibit E

# U.S. Patent No. 7,154,905 ("'905 Patent")

**Accused Products**

Lenovo products (laptops, desktops, monitors, and docking stations) made, used, sold, offered for sale, or imported into the United States by Lenovo that support DisplayPort 1.2 and later, such as the Qreator 27 UHD Smart Crystal Sound Wireless Charging Monitor, ThinkCentre M75s Gen 2 Small Form Factor Desktop, ThinkPad USB-C Dock Gen 2 Docking Station and Legion 7 Gen 6 & 7 Gaming Laptop ("Accused Products"), infringe at least Claim 21 of the '905 Patent without limitation.

**Claim 21**

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
| [21pre] A communications device for transmitting packets via a communications link, comprising: | To the extent the preamble is limiting, each Accused Product comprises a communication device for transmitting packets via a communications link.<br><br>For example, the exemplary Lenovo Legion 7 Gen 7 Laptop comprises a communications device for transmitting packets via a communications link.<br><br>*See, e.g.:*<br><br>Legion 7 Gen 7 (16" AMD) Gaming Laptop<br>★★★★★ 4.2 (110) |

1

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
| | Ports: Left: • USB-C 3.2 Gen 2 • USB-C 4  Right: • USB-C 3.2 Gen 1 • e-Shutter switch • Headphone / mic combo  Rear • 2 x USB-A 3.2 Gen 1 (1 x always on) • USB-C 3.2 Gen 2 (DisplayPort™ 1.4, 135W power delivery) • HDMI™ 2.1 • Ethernet (RJ45) • Power input  https://www.lenovo.com/us/en/p/laptops/legion-laptops/legion-7-series/legion-slim-7-gen-7-(16-inch-amd)/len101g0019#tech_specs |

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
| | For example, the Accused Products use a DP source device, such as a USB-C device with DP Alt Mode or DP tunneling or some other device with native DP, to split and nest the transmission of an SDP (secondary data) packet around the transmission of an MSA (main stream attributes) packet in a video stream transmitted over the DP main-link of a cable, such as a USB-C cable or a DP cable, under the DP Standard. The nested MSA packet contains the attributes of the pixel data in the video stream, and the split SDP packet contains additional data, such as audio data, accompanying the active pixel data. The DP source device must support SDP splitting in both SST (single stream transport) and MST (multi-stream transport) modes.<br><br>*See* DisplayPort 1.4 Specification, Figure 1-1, pg.63; Section 2.2.5.12, pg. 211; *see also* DisplayPort 1.2 Specification, Figure 1-1, pg. 34; Section 2.2.5.3, pg. 84; Figure 2-14, pg.123; Figure 2-14, pg. 70, Figure 2-72, pg. 142. |
| [21a] a transmission component that transmits a first packet; | Each Accused Product includes a transmission component that transmits a first packet.<br><br>For example, the DP source device transmits the initial portion of the SDP packet on the DP main link before it interrupts the transmission (to transmit the MSA packet). This occurs during a video blanking subperiod of a video frame period of the current frame of the video stream. BS (blanking start) and BE (blanking end) symbols transmitted by the DP source device frame the start and end of the video blanking subperiod and conversely frame the end and start of an active pixel data.<br><br>Similarly, the DP source device transmits the initial portion of the SDP packet on the DP main link before it interrupts the transmission (to transmit the active pixel packet).<br><br>*See, e.g.*, DisplayPort 1.4 Specification, Figure 2-51, pg. 211, Section 2.2.5.12, pg. 211, Section 2.2.1.5, pg. 122; *see also* DisplayPort 1.2 Specification, Section 2.2.1.5, pg. 70. |

| Claim 21 | Exemplary Infringement Evidence |
| --- | --- |
| [21b] a preemption component that signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, | Each Accused Product includes a preemption component that signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet.<br><br>For example, the DP source device then transmits two consecutive SS (SDP start) symbols on the DP main-link to indicate transmission of the MSA packet. The DP source device transmits the MSA packet over the DP main-link immediately following the two consecutive SS symbols. This all occurs during the video blanking subperiod.<br><br>Similarly, the DP source device then transmits BE (Blanking End) symbol on the DP main-link to indicate transmission of the active pixel packet. The DP source device transmits the active pixel packet over the DP main-link following the BE symbol.<br><br>See DisplayPort 1.4 Specification, Figure 2-51, pg. 211; Section 2.2.4, pg. 132; Section 2.2.5.12, pg. 211; see also DisplayPort 1.2 Specification, Section 2.2.4, pg. 76. |
| [21c] and signals the transmission component to continue transmitting the first packet; | Each Accused Product includes a preemption component that signals the transmission component to continue transmitting the first packet.<br><br>For example, the DP source device then transmits an SE (SDP end) symbol to indicate that transmission of the MSA packet is complete and signals to continue transmitting the SDP packet. The remaining portion of the SDP packet is transmitted by the DP source device immediately following the SE symbol to complete the transmission of the SDP packet around the nested MSA packet. This all occurs during the video blanking subperiod as well.<br><br>Similarly, the DP source device then transmits an BS (Blanking Start) symbol to indicate that transmission of the active pixel packet is complete and signals to continue transmitting the SDP packet. The remaining portion of the SDP packet is transmitted by the DP source device following the BS symbol to complete the transmission of the SDP packet. |

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
| | *See* DisplayPort 1.4 Specification, Figure 2-51, pg. 211; Section 2.2.1.5, pg. 122; Section 2.2.5.12, pg. 211; *see also* DisplayPort 1.2 Specification, Section 2.2.1.5, pg. 70. |
| [21d] wherein packets include in-band symbols and the indicators include one or more out-of-band symbols. | In each Accused Product, packets include in-band symbols and the indicators include one or more out-of-band symbols.<br><br>For example, the MSA and SDP packets comprise in-band data symbols that are encoded as data characters for transmission over the DP main-link. The SS and SE symbols comprise out-of-band control link symbols that are similarly encoded for transmission over the DP main-link, but are external to and frame the MSA and SDP packets for reception by the DP sink device.<br><br>Similarly, the active pixel packet and SDP packets comprise in-band data symbols that are encoded as data characters for transmission over the DP main-link. The BS (an idle symbols) and BE are out-of-band symbols.<br><br>*See* DisplayPort 1.4 Specification, Section 2.2.1.5, pg. 122; Section 2.2.1.1, pg. 74; Table1-2, pg. 54; *see also* DisplayPort 1.2 Specification, Section 2.2.1.5, pg. 70; Table 1-2, pg. 30.<br><br>Displayport uses either Manchester Encoding or 8b/10b. |

5

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
|  | **DisplayPort Physical Layer Overview**<br><br>**AUX Channel Signaling Method**<br><br>~1Vpk-pk differential signal, AC coupled<br>    Bi-directional signal path<br><br>Default "AUX" mode:<br>    1 Mbps transfer rate (either direction)<br>    Manchester encoded<br><br>"Fast AUX" mode (option defined by DP 1.2)<br>    720 Mbps transfer rate (either direction)<br>    8B/10B encoded<br>    Includes link training<br><br>DisplayPort    VESA<br><br>Microsoft PowerPoint - ICCE Presentation on VESA DisplayPort, Jan 10 2010, Craig Wiley, Parade (rev 2).pptx |

6

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
| | "DP 2.0 is backward compatible with previous versions of DisplayPort and incorporates all of the key features of DP 1.4a… <br><br>…DP 2.0 … features more efficient 128b/132b channel coding…" <br><br>DisplayPort 2.0 Press Release, June 26, 2019. |

7

| Claim 21 | Exemplary Infringement Evidence |
|---|---|
|  | Table 3. Portion of the 8b/10b Encoding/Decoding Mapping Table |

| Code Group | kin/ kout | 8-bit data HGF EDCBA | 10-bit data (RD-) abcdei fghj | 10-bit data (RD+) abcdei fghj | Code Group | kin/ kout | 8-bit data HGF EDCBA | 10-bit data (RD-) abcdei fghj | 10-bit data (RD+) abcdei fghj |
|---|---|---|---|---|---|---|---|---|---|
| D0.0 | 0 | 000 00000 | 100111 0100 | 011000 1011 | D0.1 | 0 | 001 00000 | 100111 1001 | 011000 1001 |
| D1.0 | 0 | 000 00001 | 011101 0100 | 100010 1011 | D1.1 | 0 | 001 00001 | 011101 1001 | 100010 1001 |
| D2.0 | 0 | 000 00010 | 101101 0100 | 010010 1011 | D2.1 | 0 | 001 00010 | 101101 1001 | 010010 1001 |
| D3.0 | 0 | 000 00011 | 110001 1011 | 110001 0100 | D3.1 | 0 | 001 00011 | 110001 1001 | 110001 1001 |
| : | | | | | : | | | | |
| D31.0 | 0 | 000 11111 | 101011 0100 | 010100 1011 | D31.1 | 0 | 001 11111 | 101011 1001 | 010100 1001 |
| D0.2 | 0 | 010 00000 | 100111 0101 | 011000 0101 | D0.3 | 0 | 011 00000 | 100111 0011 | 011000 1100 |
| D1.2 | 0 | 010 00001 | 011101 0101 | 100010 0101 | D1.3 | 0 | 011 00001 | 011101 0011 | 100010 1100 |
| D2.2 | 0 | 010 00010 | 101101 0101 | 010010 0101 | D2.3 | 0 | 011 00010 | 101101 0011 | 010010 1100 |
| D3.2 | 0 | 010 00011 | 110001 0101 | 110001 0101 | D3.3 | 0 | 011 00011 | 110001 1100 | 110001 0011 |
| : | | | | | : | | | | |
| D31.2 | 0 | 010 11111 | 101011 0101 | 010100 0101 | D31.3 | 0 | 011 11111 | 101011 0011 | 010100 1100 |
| D0.4 | 0 | 100 00000 | 100111 0010 | 011000 1101 | D0.5 | 0 | 101 00000 | 100111 1010 | 011000 1010 |
| D1.4 | 0 | 100 00001 | 011101 0010 | 100010 1101 | D1.5 | 0 | 101 00001 | 011101 1010 | 100010 1010 |
| D2.4 | 0 | 100 00010 | 101101 0010 | 010010 1101 | D2.5 | 0 | 101 00010 | 101101 1010 | 010010 1010 |
| D3.4 | 0 | 100 00011 | 110001 1101 | 110001 0010 | D3.5 | 0 | 101 00011 | 110001 1010 | 110001 1010 |
| : | | | | | : | | | | |
| D31.4 | 0 | 100 11111 | 101011 0010 | 010100 1101 | D31.5 | 0 | 101 11111 | 101011 1010 | 010100 1010 |
| D0.6 | 0 | 110 00000 | 100111 0110 | 011000 0110 | D0.7 | 0 | 111 00000 | 100111 0001 | 011000 1110 |
| D1.6 | 0 | 110 00001 | 011101 0110 | 100010 0110 | D1.7 | 0 | 111 00001 | 011101 0001 | 100010 1110 |
| D2.6 | 0 | 110 00010 | 101101 0110 | 010010 0110 | D2.7 | 0 | 111 00010 | 101101 0001 | 010010 1110 |
| D3.6 | 0 | 110 00011 | 110001 0110 | 110001 0110 | D3.7 | 0 | 111 00011 | 110001 1110 | 110001 0001 |
| : | | | | | : | | | | |
| D31.6 | 0 | 110 11111 | 101011 0110 | 010100 0110 | D31.7 | 0 | 111 11111 | 101011 0001 | 010100 1110 |
| K28.0 | 1 | 000 11100 | 001111 0100 | 110000 1011 | | | | | |
| K28.1 | 1 | 001 11100 | 001111 1001 | 110000 0110 | | | | | |
| K28.2 | 1 | 010 11100 | 001111 0101 | 110000 1010 | | | | | |
| K28.3 | 1 | 011 11100 | 001111 0011 | 110000 1100 | | | | | |
| K28.4 | 1 | 100 11100 | 001111 0010 | 110000 1101 | | | | | |
| K28.5 | 1 | 101 11100 | 001111 1010 | 110000 0101 | | | | | |
| K28.6 | 1 | 110 11100 | 001111 0110 | 110000 1001 | | | | | |
| K28.7 | 1 | 111 11100 | 001111 1000 | 110000 0111 | | | | | |
| K23.7 | 1 | 111 10111 | 111010 1000 | 000101 0111 | | | | | |
| K27.7 | 1 | 111 11011 | 110110 1000 | 001001 0111 | | | | | |
| K29.7 | 1 | 111 11101 | 101110 1000 | 010001 0111 | | | | | |
| K30.7 | 1 | 111 11110 | 011110 1000 | 100001 0111 | | | | | |

https://dtsheet.com/doc/1501139/8b-10b-encoder-decoder---documentation

8

9