# Exhibit F

## U.S. Patent No. 7,746,798 ("'798 Patent")

**Accused Products**

     Lenovo products (laptops, desktops, monitors, and docking stations) made, used, sold, offered for sale, or imported into the United States by Lenovo that support USB 3.0 and later, such as the ThinkVision Ml4t USB-C Mobile Monitor, ThinkStation P620 Workstation, ThinkPad T14 Gen 3 Laptop, and Legion 7 Gen 6 & 7 Gaming Laptop ("Accused Products"), infringe at least Claim 19 of the '798 Patent without limitation.

**Claim 19**

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| [19pre] A communications device for transmitting packet types of packets, comprising: | To the extent the preamble is limiting, each Accused Product comprises a communications device for transmitting packet types of packets. <br><br> For example, the exemplary Lenovo ThinkPad T14 Gen 3 Laptop comprises a communications device for transmitting packet types of packets. <br><br> For example, the exemplary Lenovo ThinkPad T14 Gen 3 Laptop with USB 3.2 transmits the HPSTART, DPPSTART, and LCSTART framing symbol sets for HP (Header Packet), DPP (Data Packet Payload), and link command packets in a data stream transmitted by a transmitting USB-C device over a USB 3.x cable, such as a USB-C or USB-A cable. <br><br> *See, e.g.*: <br><br> ThinkPad T14 Gen 3 (14" AMD) Laptop <br><br> ★★★★⯪ 4.4 (186) |

1

| Claim 19 | Exemplary Infringement Evidence |
|----------|--------------------------------|
|          |  |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | Ports / Slots    • 2 x USB-C 3.2 Gen 2 <br><br> • 2 x USB-A 3.2 Gen 1 (1 Always on) <br><br> • HDMI 2.0b <br><br> • Headphone / mic combo <br><br> • RJ45 <br><br> • SIM <br><br> https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t14-gen-3-(14-inch-amd)/len101t0013#tech_specs <br><br> **USB 3.2 Specification** <br> **Language Usage Guidelines from USB-IF** |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | **USB 3.2 Specification**<br>The USB 3.2 specification defines multi-lane operation for new USB 3.2 hosts and devices, allowing for up to two lanes of 10Gbps operation to realize a 20Gbps data transfer rate. While USB hosts and devices were originally designed as single-lane solutions, USB Type-C® cables were designed from the outset to support multi-lane operation to ensure a path for scalable performance.<br><br>The USB 3.2 specification absorbed all prior 3.x specifications. USB 3.2 identifies three transfer rates, USB 3.2 Gen 1 at 5Gbps, USB 3.2 Gen 2 at 10Gbps and USB 3.2 Gen 2x2 at 20Gbps. It is important that vendors clearly communicate the performance signaling that a product delivers in the product's packaging, advertising content, and any other marketing materials.<br><br>• Marketing name: **SuperSpeed USB 5Gbps**<br>    o Product capability: product signals at 5Gbps<br>• Marketing name: **SuperSpeed USB 10Gbps**<br>    o Product capability: product signals at 10Gbps<br>• Marketing name: **SuperSpeed USB 20Gbps**<br>    o Product capability: product signals at 20Gbps<br><br>https://www.usb.org/sites/default/files/USB_3_2_Language_Product_and_Packaging_Guidelines_FINAL.pdf |
| [19a] an identification component that identifies a packet type of a packet of symbols; and | Each Accused Product includes an identification component that identifies a packet type of a packet of symbols.<br><br>For example, USB 3.2 Link Layer identifies HP (Header Packet), DPP (Data Packet Payload), and link command packets using the HPSTART, DPPSTART, and LCSTART framing symbol sets in a data stream.<br><br>*See, e.g.*: |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | <br><br>*See* USB 3.2 Specification, Figure 3-1, pg.16; *see also* USB 3.1 Specification, Figure 3-1, page 3-2.<br><br><br>*See* USB 3.2 Specification, Figure 3-2, pg.19; *see also* USB 3.1 Specification, Figure 3-3, pg. 3-5. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | "Enhanced SuperSpeed Bus Data Flow Models…Data and control exchanges between the host and devices are via sets of either unidirectional or bi-directional pipes." <br><br> *See* USB 3.2 Specification, Section 3-3, pg. 31; *see also* USB 3.1 Specification, Section 3.3, pg. 3-16. <br><br> "The nominal signaling data rate for Gen 1 Physical layer is 5 Gbps. <br><br> …The bitstream is recovered from the differential sublink by the receiver, assembled into 10-bit symbols, decoded and descrambled, producing 8-bit data that is then sent to the link layer for further processing." <br><br> *See* USB 3.2 Specification, Section 3.2.1.1, pg.21; *see also* USB 3.1 Specification, Section 3.2.1.1, pg. 3-7. <br><br> " The nominal signaling data rate for the Gen 2 physical layer is 10Gbps. <br><br> …The bitstream is recovered from the electrical interconnect by the receiver and then assembled and aligned into 132-bit blocks. The data is descrambled, and the identifier information and the descrambled bits are passed onto the link layer for further processing." <br><br> *See* USB 3.2 Specification, Section 3.2.1.2, pg.21; *see also* USB 3.1 Specification, Section 3.2.1.2, pg. 3-7. <br><br> "…For Gen 1 operation, the transmitter encodes data and control characters into symbols. Control symbols are used to achieve byte alignment and are used for framing data and managing the link. |

6

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | Special characteristics make control symbols uniquely identifiable from data symbols. For Gen 2 operation, the transmitter block encodes the data and control bytes…"<br><br>*See* USB 3.2 Specification, Section 3.2.1., pg.21; *see also* USB 3.1 Specification, Section 3.2.1, pg. 3-7.<br><br><br>"In Gen 1 operation, all header packets are 20 symbols long, as is formatted in Figure 7-3.This includes LMPs [Link Management Packets], TPs [Transaction Packets], ITPs [Isochronous Timestamp Packets], and DPHs [Dta Packet Header].A header packet consists of three parts, a header packet framing, a packet header, and a Link Control Word.<br><br>In Gen2 operation, all header packets except for non-deferred DPH are the same as Gen1 operation…"<br><br>*See* USB 3.2 Specification, Section 7.2.1.1, pg.114; *see also* USB 3.1 Specification, Section 7.2.1.1, pg. 7-3.<br><br><br>"Header packet framing, HPSTART ordered set, is a  four-symbol header packet starting frame ordered set. Gen1 operation is defined as three consecutive k symbols of SHP followed by a single K-symbol of EPF. In Gen2  operation, HPSTART ordered set is the framing ordered set for all header packets except for non-deferred DPH and is defined as three consecutive symbols of SHP followed by a single symbol of EPF…"<br><br>*See* USB 3.2 Specification, Section 7.2.1.1, pg.114; *see also* USB 3.1 Specification, Section 7.2.1.1.1, pg. 7-3. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | "Data packets are a special type of packet consisting of a Data Packet Header (DPH) and a Data Packet Payload (DPP)… The DPP consists of a data packet payload framing and a variable length of data followed by 4 bytes of CRC-32…" <br><br> *See* USB 3.2 Specification, Section 7.2.1.2, pg.118; *see also* USB 3.1 Specification, Section 7.2.1.2, pg. 7-8. <br><br> "DPP framing ordered sets consist of a starting framing ordered set called DPPSTART OS, and …ending framing ordered sets called DPPEND OS… a DPPSTART ordered set, which is a DPP starting frame ordered set, consists of three consecutive symbols of SDP followed by a single symbol of EPF…" <br><br> *See* USB 3.2 Specification, Section 7.2.1.2.1, pg.118; *see also* USB 3.1 Specification, Section 7.2.1.2.1, pg. 7-8. <br><br> "Link commands are used for link-level data integrity, flow control, and link power management. Link commands are a fixed length of eight symbols and contain repeated symbols to increase the error tolerance…" <br><br> *See* USB 3.2 Specification, Section 7.2.2, pg.122; *see also* USB 3.1 Specification, Section 7.2.2, pg. 7-12. <br><br> "Link commands shall be eight symbols long… The first four symbols, LCSTART, are the link command starting frame ordered set consisting of three consecutive SLCs followed by EPF. <br><br> The second four symbols consist of a two-symbol link command word and its replica…" |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
|  | *See* USB 3.2 Specification, Section 7.2.2.1, pg.122; *see also* USB 3.1 Specification, Section 7.2.2.1, pg. 7-12.<br><br>"The link-layer also:<br><br>• Provides correct framing of sequences of bytes into packets during transmission; e.g., insertion of packet delimiters<br>• Detects received packets, including packet delimiters and error checks of received header packets (for reliable delivery)<br>• Provides an appropriate interface to the protocol layer for pass-through of protocol layer packet information exchanges."<br><br>*See* USB 3.2 Specification, Section 3.2.2, pgs. 22-23; *see also* USB 3.1 Specification, Section 3.2.2, pg. 3-8.<br><br><br><br>*See* USB 3.2 Specification, Figure D-3, pg.482; *see also* USB 3.1 Specification, Figure D-3, pg. D-2. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| |  See USB 3.2 Specification, Figure D-3, pg.483; *see also* USB 3.1 Specification, Figure D-3, pg. D-2. |
| [19b] a transmission component that transmits a synchronization symbol that corresponds to the identified packet type, the transmitted synchronization symbol providing synchronization information and each packet type having a different synchronization symbol | Each Accused Product includes a transmission component that transmits a synchronization symbol that corresponds to the identified packet type, the transmitted synchronization symbol providing synchronization information and each packet type having a different synchronization symbol. For example, the Physical layer of the transmitting USB-C device transmits the HPSTART, DPPSTART, or LCSTART framing symbol set that corresponds to the identified packet type. Each framing symbol set comprises a defined sequence of synchronization codes that are different from the defined sequence of synchronization codes of any other framing symbol set. For example, the SLC, SHP, and SDP are each synchronization symbols that correspond to different packet types. *See, e.g.*: |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | "A Gen1 transmitter encodes data and control characters into symbols using an 8b/10b code… It then encodes the scrambled 8-bit data into 10-bit symbols for transmission over the physical connection… The bitstream is recovered from the differential sublink by the receiver, assembled into 10-bit symbols, decoded and descrambled, producing 8-bit data that is then sent to the link layer for further processing." <br><br> *See* USB 3.2 Specification, Section 3.2.1.1, pg. 21; *see also* USB 3.1 Specification, Section 3.2.1.1, pg. 3-7. <br><br><br> "A Gen 2 Transmitter frames data and control bytes (referred to as symbols) by prepending a 4-bit block identifier to 16 symbols (128 bits) to create a 128b/132b block…As in Gen1 operation, the resultant data are sent out across the electrical interconnect using spread spectrum clocking to lower EMI emissions. The Bitstream is recovered from the electrical interconnect by the receiver and then assembled and aligned into 132-bit blocks. The data is descrambled, and the identifier information and the descrambled bits are passed onto the link layer for further processing." <br><br> *See* USB 3.2 Specification, Section 3.2.1.2, pg. 21; *see also* USB 3.1 Specification, Section 3.2.1.2, pg. 3-7. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| |  |

Figure 3-3. Enhanced SuperSpeed Bus Communications Layers and Power Management Elements

*See* USB 3.2 Specification, Figure 3-3, pg.122; *see also* USB 3.1 Specification, Figure 3-4, pg. 3-6.

"... For Gen1 operation, the transmitter encodes data and control characters into symbols. Control symbols are used to achieve byte alignment and are used for framing data and managing the link. Special characteristics make control symbols uniquely identifiable from data symbols. For Gen2 operation, the transmitter block encodes the data and control bytes…"

*See* USB 3.2 Specification, Section 3.2.1, pg.21; *see also* USB 3.1 Specification, Section 3.2.1, pg. 3-7.

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
|  | "The [Gen 1] 8b/10b encoding scheme provides Special symbols that are distinct from the Data symbols used to represent characters. These special symbols are used for various Link Management mechanisms described later. Table 6-2 lists the special symbols used and provides a brief description for each… For Gen2 [128b/132b] operation, the block header identifies whether the following 16 symbols have special meaning or represent data. In Gen 2 operation, a receiver shall always perform single bit error correction on the special symbols part of a control block. For Gen1 and Gen2, the following special symbols are defined." <br><br> *See* USB 3.2 Specification, Section 6.3.3, pg.63; *see also* USB 3.1 Specification, Section 6.3.3, pg. 6-12. |

| Symbol | Name | Gen 1 Symbol | Gen 2 Symbol | Description |
|--------|------|--------------|--------------|-------------|
| | | | | **Table 6-2. Special Symbols** |
| **Symbol** | **Name** | **Gen 1 Symbol** | **Gen 2 Symbol** | **Description** |
| SKP | Skip | K28.1 | CCh | Compensates for different bit rates between two communicating ports. SKPs may be dynamically inserted or removed from the data stream. For Gen 2 operation, unscrambled. |
| SKPEND | Skip End | Not applicable | 33h | Marks the boundary between SKP symbols and the remainder of the SKP OS. Unscrambled. |
| SDP | Start Data Packet | K28.2 | 96h | Marks the start of a Data Packet Payload. For Gen 2 operation, scrambled and transmitted only in data block. |
| EDB | End Bad | K28.3 | 69h | Marks the end of a nullified Packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| SUB | Decode Error Substitution | K28.4 | Not applicable | Symbol substituted by the 8b/10b decoder when a Decode error is detected. |
| COM | Comma | K28.5 | Not applicable | Used for symbol alignment. |
| ----- | ----- | K28.6 | Not applicable | Reserved |
| SHP | Start Header Packet | K27.7 | 9Ah | Marks the start of a Data Packet (Gen 1 operation only), Transaction Packet or Link Management Packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| DPHP | Start Data Packet Header | Not applicable | 95h | Marks the start of a Data Packet (Gen 2 only). Scrambled and transmitted only in data block. |
| END | End | K29.7 | 65h | Marks the end of a packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| SLC | Start Link Command | K30.7 | 4Bh | Marks the start of a Link Command. For Gen 2 operation, scrambled and transmitted only in data block. |
| **Symbol** | **Name** | **Gen 1 Symbol** | **Gen 2 Symbol** | **Description** |
| EPF | End Packet Framing | K23.7 | 36h | Marks the end of a packet framing. For Gen 2 operation, scrambled and transmitted only in data block. |
| SDS | Start of Data Stream | Not applicable | E1h | Marks the start of an SDS Ordered Set. Unscrambled. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
|  | *See* USB 3.2 Specification, Table 6-2, pg.63; *see also* USB 3.1 Specification, Table 6-1, pg. 6-12.<br><br>"The link layer also:<br><br>• Provides correct framing of sequences of bytes into packets during transmission; e.g., insertion of packet delimiters<br>• Detects received packets, including packet delimiters and error checks of received header packets (for reliable delivery)<br>• Provides an appropriate interface to the protocol layer for pass-through of protocol layer packet information exchanges."<br><br>*See* USB 3.2 Specification, Section 3.2.2, pgs. 22-23; *see also* USB 3.1 Specification, Section 3.2.2, pg. 3-8.<br><br><br><br>*See* USB 3.2 Specification, Figure D-3, pg.482; *see also* USB 3.1 Specification, Figure D-3, pg. D-2. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| |  |

*See* USB 3.2 Specification, Figure D-3, pg.483; *see also* USB 3.1 Specification, Figure D-3, pg. D-2.

**7.2.1.1.1     Header Packet Framing**

Header packet framing, HPSTART ordered set, is a four-symbol header packet starting frame ordered set based on K-symbols.  It is defined as three consecutive symbols of SHP followed by a K-symbol of EPF.  A header packet shall always begin with HPSTART ordered set.  The construction of the header packet framing is to achieve one symbol error tolerance.

*See* USB 3.2 Specification, Figure 7-3, pg.115; *see also* USB 3.1 Specification, Figure 7-3, pg. 7-4.

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | **7.2.1.2.1 Data Packet Payload Framing**<br><br>DPP framing consists of eight K-symbols, a four-symbol DPP starting frame ordered set and a four-symbol DPP ending frame ordered set.  As indicated by Figure 7-8, a DPPSTART ordered set, which is a DPP starting frame ordered set, consists of three consecutive K-symbols of SDP followed by a single K-symbol of EPF.  A DPP ending frame ordered set has two different types.  The first type, DPPEND ordered set, is a DPP ending frame ordered set which consists of three consecutive K-symbol of END followed by a single K-symbol of EPF.  The second type, DPPABORT ordered set, is a DPP aborting frame ordered set which consists of three consecutive K-symbol of EDB (end of nullified packet) followed by a single K-symbol of EPF.  The DPPEND ordered set is used to indicate a normal ending of a complete DPP.  The DPPABORT ordered set is used to indicate an abnormal ending of a DPP.<br><br><br><br>**Figure 7-8.  Data Packet Payload with CRC-32 and Framing**<br><br>*See* USB 3.2 Specification, Figure 7-8, pg.119; *see also* USB 3.1 Specification, Figure 7-8, pg. 7-8. |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | <br>**Figure 7-11. Link Command Structure**<br><br>*See* USB 3.2 Specification, Figure 7-11, pg.122; *see also* USB 3.1 Specification, Figure 7-12, pg 7-12. |
| [19c] and permitting an external receiving node to properly align with a synchronization primitive to be correctly aligned on a symbol boundary, and that transmits the symbols of the packet. | Each Accused Product includes a transmission component that transmits a synchronization symbol that corresponds to the identified packet type, the transmitted synchronization symbol providing synchronization information and each packet type having a different synchronization symbol and permitting an external receiving node to properly align with a synchronization primitive to be correctly aligned on a symbol boundary, and that transmits the symbols of the packet.<br><br>For example, the transmitted synchronization symbol permits an external receiving node to align with a synchronization primitive (e.g. Training Sequence TS1/TS2), so that the received symbol (and packet) is correctly aligned on the symbol boundary.<br><br>*See, e.g.*:<br><br>"The receiver needs to reliably recover clock and data from the bit stream. For Gen1 operation, the transmitter encodes data and control characters into symbols. Control symbols are used to achieve byte alignment and are used for framing data and managing the link. Special characteristics make |

18

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
|  | control symbols uniquely identifiable from data symbols. For Gen2 operation, the transmitter block encodes the data and control bytes…"<br><br>*See* USB 3.2 Specification, Section 3.2.1, pg.21; *see also* USB 3.1 Specification, Section 3.2.1, pg. 3-7.<br><br><br>"The link layer also:<br><br>&bull; Provides correct framing of sequences of bytes into packets during transmission; e.g., insertion of packet delimiters<br>&bull; Detects received packets, including packet delimiters and error checks of received header packets (for reliable delivery)<br>&bull; Provides an appropriate interface to the protocol layer for pass-through of protocol layer packet information exchanges."<br><br>*See* USB 3.2 Specification, Section 3.2.2, pgs. 22-23; *see also* USB 3.1 Specification, Section 3.2.2, pg. 3-8.<br><br>"6.3.3 Special Symbols for Framing and Link Management<br><br>The 8b/10b encoding scheme provides Special Symbols that are distinct from the Data Symbols used to represent characters. These Special Symbols are used for various Link Management mechanisms described later. Table 6-2 lists the Special Symbols used and provides a brief description for each. Special Symbols shall follow the proper 8b/10b disparity rules. The compliance tests are defined in the USB SuperSpeed Compliance Methodology white paper. For Gen 2 operation the block header identifies whether the following 16 symbols have special meaning or if they represent data. In Gen 2 operation a receiver shall always perform single bit error correction on the special symbols when they are part of a control block. For Gen 1 and Gen 2 the following special symbols are defined. |

**Table 6-2. Special Symbols**

| Symbol | Name | Gen 1 Symbol | Gen 2 Symbol | Description |
|---|---|---|---|---|
| SKP | Skip | K28.1 | CCh | Compensates for different bit rates between two communicating ports. SKPs may be dynamically inserted or removed from the data stream. For Gen 2 operation, unscrambled. |
| SKPEND | Skip End | Not applicable | 33h | Marks the boundary between SKP symbols and the remainder of the SKP OS. Unscrambled. |
| SDP | Start Data Packet | K28.2 | 96h | Marks the start of a Data Packet Payload. For Gen 2 operation, scrambled and transmitted only in data block. |
| EDB | End Bad | K28.3 | 69h | Marks the end of a nullified Packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| SUB | Decode Error Substitution | K28.4 | Not applicable | Symbol substituted by the 8b/10b decoder when a Decode error is detected. |
| COM | Comma | K28.5 | Not applicable | Used for symbol alignment. |
| ----- | ----- | K28.6 | Not applicable | Reserved |
| SHP | Start Header Packet | K27.7 | 9Ah | Marks the start of a Data Packet (Gen 1 operation only), Transaction Packet or Link Management Packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| DPHP | Start Data Packet Header | Not applicable | 95h | Marks the start of a Data Packet (Gen 2 only). Scrambled and transmitted only in data block. |
| END | End | K29.7 | 65h | Marks the end of a packet. For Gen 2 operation, scrambled and transmitted only in data block. |
| SLC | Start Link Command | K30.7 | 4Bh | Marks the start of a Link Command. For Gen 2 operation, scrambled and transmitted only in data block. |
| Symbol | Name | Gen 1 Symbol | Gen 2 Symbol | Description |
| EPF | End Packet Framing | K23.7 | 36h | Marks the end of a packet framing. For Gen 2 operation, scrambled and transmitted only in data block. |
| SDS | Start of Data Stream | Not applicable | E1h | Marks the start of an SDS Ordered Set. Unscrambled. |

20

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | *See* USB 3.2 Specification, Section 6.3.3, pg.62-63; *see also* USB 3.1 Specification, Table 6-1, pg. 6-12.<br><br>"6.4. Link Training<br><br>6.4.1.1 Gen 1 Operation<br><br>This section defines the sequences that are used for configuration and initialization . The sequences are used by the Initialization State Machine (refer to Chapter 7) for the following functions:<br>• Configuring and initializing the link<br>• Bit-lock and symbol lock<br>• Rx equalization training<br>• Lane polarity inversion<br><br>Training sequences are composed of Ordered Sets used for initializing bit alignment, Symbol alignment and optimizing the equalization. Training sequence Ordered Sets are never scrambled but are always 8b/10b encoded."<br><br>"6.4.1.1.1 Normative Training Sequence Rules for Gen 1 Operation<br>Training sequences are composed of Ordered Sets used for initializing bit alignment, symbol alignment, and receiver equalization." |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | **Table 6-4.  Gen 1 TS1 Ordered Set** |

| Symbol Number | Encoded Values | Description |
|---|---|---|
| 0-3 | K28.5 | COM (Comma) |
| 4 | D0.0 | Reserved for future use |
| 5 | See Table 6-6 | Link Functionality |
| 6-15 | D10.2 | TS1 Identifier |

**Table 6-5.  Gen 1 TS2 Ordered Set**

| Symbol Number | Encoded Values | Description |
|---|---|---|
| 0-3 | K28.5 | COM (Comma) |
| 4 | D0.0 | Reserved |
| 5 | See Table 6-6 | Link Functionality |
| 6-15 | D5.2 | TS2 Identifier |

*See* USB 3.2 Specification, Section 6.4.1.1, pg.64-65; *see also* USB 3.1 Specification, Table 6-1, pg. 6-12.

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
| | "6.4.1.2 Gen 2 Operation<br><br>This section defines the sequences that are used for configuration and initialization of a link operating at Gen 2 rates. The sequences are used by the Initialization State Machine (refer to Chapter 7) for the following functions:<br>• Configuring and initializing the link<br>• Bit-lock and symbol lock<br>• Rx equalization training<br>• Lane polarity inversion<br>• Block alignment<br><br>Training sequences are composed of Ordered Sets used for initializing bit alignment, Symbol alignment, block alignment and optimizing the equalization." |

| Claim 19 | Exemplary Infringement Evidence |
|---|---|
|  | **Table 6-7. Gen 2 TS1 Ordered Set**<br><br>| Symbol Number | Symbol | Description |<br>|---|---|---|<br>| 0-3 | 1Eh | TS1 Identifier |<br>| 4 | 00h | Reserved for future use |<br>| 5 | See Table 6-6 | Link Functionality |<br>| 6-13 | 1Eh | TS1 Identifier |<br>| 14-15 | TS1 Identifier (1Eh) or a DC Balance Symbol | TS1 Identifier or DC balance |<br><br>**Table 6-8. Gen 2 TS2 Ordered Set**<br><br>| Symbol Number | Symbol | Description |<br>|---|---|---|<br>| 0-3 | 2Dh | TS2 Identifier |<br>| 4 | 00h | Reserved for future use |<br>| 5 | See Table 6-6 | Link Functionality |<br>| 6-13 | 2Dh | TS2 Identifier |<br>| 14-15 | TS2 Identifier (2Dh) or a DC Balance Symbol | TS2 Identifier or DC balance |<br><br>*See* USB 3.2 Specification, Section 6.4.1.2, pg.67-68. |