1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., | Case No. |
| Movant, | [Underlying Case No. 2:23-cv-00449 (E.D. Tex.) Universal Connectivity Tech. Inc. v. Lenovo Grp. Ltd.] |
| v. | |
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., | |
| Respondent. | **[PROPOSED] ORDER GRANTING NON-PARTY REALTEK SEMICONDUCTOR CORP.'S MOTION TO QUASH SUBPOENA** |

1  Before the Court is Movant Realtek Semiconductor Corp.'s Motion to quash a Subpoena.
2  For good cause shown, the Motion is GRANTED.
3  IT IS SO ORDERED.

4

5  Dated:

6
7  _____
   UNITED STATES DISTRICT JUDGE